UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


<u>Kassim Marsh</u>

   v.                                       Case No. 21-cv-208-PB

<u>Robert Hazlewood, Warden, Federal</u>
<u>Correctional Institution, Berlin</u>


**REPORT AND RECOMMENDATION**

    Kassim Marsh filed his petition for a writ of habeas corpus (Doc. No. 1), pursuant to 28 U.S.C. § 2241, shortly before he was released from confinement on April 16, 2021. The § 2241 petition challenges a decision to deny him good conduct time under the First Step Act. Respondent moved to dismiss on the ground that petitioner has not exhausted his administrative remedies (Doc. No. 5). Mr. Marsh did not file a timely response to that motion to dismiss.

    Noting the existence of a substantial question regarding whether the § 2241 petition might be moot, the April 27, 2021 Order (Doc. No. 6) sua sponte granted Mr. Marsh an extension of time to file an objection to respondent's motion. The court notified Mr. Marsh that his failure to file a response could result in the dismissal of the § 2241 petition. Mr. Marsh has neither responded to that Order nor objected to the motion to

dismiss. Accordingly, it appears that Mr. Marsh has abandoned this case. The district judge should dismiss the petition, without prejudice, for failure to prosecute, deny the motion to dismiss (Doc. No. 5) as moot, and direct the clerk to enter judgment and close the case.

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon motion. Failure to file objections within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

_____
Andrea K. Johnstone
United States Magistrate Judge

July 9, 2021

cc:   Kassim Marsh, pro se
      Seth R. Aframe, Esq.