```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Kassim Marsh

    v.                                                                               Case No. 21-cv-00208-PB

FCI Berlin, Warden

## ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 9, 2021.  The petition is dismissed without prejudice for failure to prosecute, and the motion to dismiss (Doc. No. 5) is denied as moot. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                      /s/ Paul Barbadoro  
                                                      _____  
                                                      Paul Barbadoro  
                                                      United States District Judge

Date: July 30, 2021